COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Gerald Hayes v. The State of Texas

Appellate case number:    01-09-00437-CR

Trial court case number:  1198372

Trial court:                      351st District Court of Harris County

Appellant, Gerald Hayes, has filed a series of pro se motions relating to filing a pro se response to the *Anders* brief filed by his appellate counsel, Franklin Bynum.  *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

- Appellant has filed a "Motion for Copies and Review of Appellate Record," in which he requests a copy of this Court's record since August of 2012, including "all letters, motions, and correspondence" and copies of previously filed appellate briefs.  In addition, appellant has filed a "Request for Appellate Record and Docket Sheet" in which he requests this Court's "docket sheet since the appointment of Franklin Bynum" in September 2012, stating that this will "clarify the filings and actions that might or might not support the *Anders* briefing" and again urging that the appellate record is incomplete. A pro se response in the *Anders* context is an opportunity for an appellant to present what he believes are issues of procedural or substantive concern regarding his case *in the trial court*. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).  The motions are **denied**.

- Appellant has filed a "Notice to Court and Clerk (Requesting Record)," in which he asks that he be provided with original exhibits, including pictures, "evidence tags," and "log in/out sheets of State's exhibits."  The motion is **denied**.

- Appellant's "Motion to Deny or Quash [the] Anders Brief" is **denied**.

- Appellant has filed a "Motion to Compel Court to Accept and Consider for Review Filed Briefs," in which he requests that the Court consider his prior brief, which the Court ordered stricken, and his prior counsel's brief, filed December 2010, in addition to the pro se response that appellant states he intends to file. The Court will consider one pro se response.  The motion is **denied**.

- Appellant's motion for an extension of time to file a pro se response to the *Anders* brief is **granted**.  Appellant's response must be filed **no later than July 8, 2013**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                      ☑ Acting individually     ☐ Acting for the Court

Date: June 10, 2013